IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALONZO GREEN, # 179249, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:12cv1096-TMH |
| | ) |
| LEEPOSEY DANIELS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER AND OPINION**

On February 25, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 13). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The instant petition for habeas corpus relief is denied.

2. The petitioner's motion to dismiss is GRANTED.

3. The petition is dismissed without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done this the 29th day of March, 2013.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE